DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEREMY CARTER,**
Appellant,

v.

**ISMAEL DIAZ** and **CARMEN DIAZ,**
Appellees.

No. 4D18-694

[October 11, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE 15-22.

Jeremy Carter, Estill, SC, pro se.

No brief filed on behalf of appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***